UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
In the Matter of Arbitration Between:                        )
                                                             )     08 CV ____3668____
VULCAN ENERGY SOLUTIONS, LLC,                                )
                                                             )
                                                             )
                              Petitioner,                    )     STATEMENT OF
                                                             )     EXEMPTION FROM
                    - and -                                  )     REQUIREMENTS OF
                                                             )     FEDERAL RULE OF CIVIL
MINISTRY OF ELECTRICITY OF THE REPUBLIC OF                   )     PROCEDURE 7.1
IRAQ,                                                        )
                                                             )
                              Respondents.                   )
                                                             )
------------------------------------------------------------------ X

The Ministry of Electricity of the Republic of Iraq (the "Ministry") is "foreign state," within the meaning of the Foreign Sovereign Immunities Act. See 28 U.S.C. § 1603(a). Accordingly, the Ministry is exempt from the requirements of Federal Rule of Civil Procedure 7.1, which apply only to "nongovernmental corporate part[ies]."

Dated: New York, New York
       April 16, 2008

                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                        By:_____
                                              Jonathan I. Blackman (JB-3846)

                                        One Liberty Plaza
                                        New York, New York 10006
                                        (212) 225-2000

                                        Attorneys for The Ministry of Electricity of the
                                        Republic of Iraq