UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
In the Matter of Arbitration Between:

VULCAN ENERGY SOLUTIONS, LLC,

                Petitioner,

- and -

MINISTRY OF ELECTRICITY OF THE REPUBLIC OF IRAQ,

                Respondents.
---------------------------------------------------------------------- X

08 CV 3668

(Supreme Court of the State of New York, County of New York Index No. 600897/08)

CERTIFICATE OF SERVICE

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for the Ministry of Electricity of the Republic of Iraq, hereby certify that:

      1. On the 16th day of April 2008, the Individual Rules of the Honorable Alvin K. Hellerstein, Southern District of New York; the Individual Practices of Magistrate Judge Debra Freeman; the Procedures for Electronic Case Filing; the Guidelines for Electronic Case Filing; the 3rd Amended Instructions for Filing an Electronic Case or Appeal; the Civil Cover Sheet; and the Notice of Removal with Exhibit A were served by Federal Express upon:

                T. Michael Guiffre
                Patton Boggs LLP
                2550 M Street, NW
                Washington, DC  20037

      2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
           April 17, 2008

                                            /s/Richard V. Conza
                                            Richard V. Conza