UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
In the Matter of Arbitration Between:

VULCAN ENERGY SOLUTIONS, LLC,

        Petitioner,

- and -

MINISTRY OF ELECTRICITY OF THE REPUBLIC OF IRAQ,

        Respondents.
------------------------------------------------------------------ X

08 CV 3668

CERTIFICATE OF SERVICE

    I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for the Ministry of Electricity of the Republic of Iraq, hereby certify that:

    1. On the 17th day of April 2008, the Response to Petition with Proposed Order Granting Petition to Confirm Arbitral Award and Directing Entry of Judgment is being served by Federal Express upon:

        T. Michael Guiffre
        Patton Boggs LLP
        2550 M Street, NW
        Washington, DC  20037

    2. This service is being made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
          April 17, 2008

                                                        s/Richard V. Conza
                                                         Richard V. Conza