ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

In the Matter of Arbitration Between:

VULCAN ENERGY SOLUTIONS, LLC,

                Petitioner,

    - and -

MINISTRY OF ELECTRICITY OF THE
REPUBLIC OF IRAQ,

                Respondent.

-----------------------------------------x

No. 08 Civ. 3668 (AKH)

**STIPULATION OF CONFIRMATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, that the Final Award of the Sole Arbitrator of March 28, 2007, and the Clarification Decision of May 10, 2007, should be confirmed. The parties are attaching a proposed order reflecting this stipulation.

Dated: April 28, 2008

PATTON BOGGS LLP

By: _____
   T. Michael Guiffré

2550 M Street, N.W.
Washington, DC 20037
(202) 457-6000

*Counsel for Petitioner*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
   Jonathan I. Blackman (JB 3846)

One Liberty Plaza
New York, NY 10006
(212) 225-2000

*Counsel for Respondent*

So Ordered
4/30/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08